J-S02034-17

2017 PA Super 363

| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellee | |
| v. | |
| ABDUL MURRAY | |
| Appellant | No. 3010 EDA 2015 |

Appeal from the Judgment of Sentence Entered April 30, 2015
In the Court of Common Pleas of Philadelphia County
Criminal Division at No: CP-51-CR-0001435-2013

BEFORE:  FORD ELLIOTT, P.J.E., STABILE, and MOULTON, JJ.

CONCURRING OPINION BY STABILE, J.:　　　　**FILED NOVEMBER 15, 2017**

I write briefly to emphasize that the record contains case-specific facts supporting Agent Todd Clark's search of Appellant's cell phone.  Specifically, Appellant admitted to Agent Clark that he handled a firearm and passed it on to an acquaintance.  Agent Todd believed, based on his prior experience, that Appellant's cell phone could reveal communications referencing the firearm.  Majority Opinion, at 13.  I believe Appellant's statement to Agent Clark, **combined** with Agent Clark's prior experience, was sufficient to create reasonable suspicion in support of a search of Appellant's cell phone.  We are not faced here with a bald assertion, based on an agent's experience, that cell phones often contain relevant evidence.  Subject to this observation, I join the Majority's well-reasoned opinion.